UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LORI HINTON, STEVEN HINTON,

           **Plaintiff,**

v.                                           Civil No. 05-6045-TC

TOM KOANUI, et al.

           **Defendant.**

# FINDINGS AND RECOMMENDATION

As there is no longer a basis for federal jurisdiction in this case, the remaining claims between plaintiffs and defendant Koanui should be remanded to state court.

Dated: May 9th, 2005.

THOMAS M. COFFIN
United States Magistrate Judge

FINDINGS AND RECOMMENDATION      DOCUMENT NO: _____