IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LORI HINTON, STEVEN HINTON,

Plaintiffs,

v.

TOM KOANUI, et al.,

Defendant.

Civil No. 05-6045-TC

O R D E R

Magistrate Judge Coffin filed his Findings and Recommendation on May 9, 2005.

The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No

objections have been timely filed.  This relieves me of my obligation to give the factual

findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and

Recommendation.

Dated this 25 day of May, 2005.

_____
Ann Aiken, United States District Judge

Order -- Page 1